1

2

3

4

5                                                                    **JS-6**

6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   **Orlando Garcia**,                    Case 2:20-cv-02595-AS

12          Plaintiff,                      [~~PROPOSED~~] DEFAULT JUDGMENT

13     v.

14   **Milky Way Factory Inc,** a
     California Corporation;
15   and Does 1-10,

16          Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    Upon review of the court files, the application for default judgment,

2    the declarations submitted in support of the default judgment, and the

3    evidence presented having been fully considered, it is hereby ordered and

4    adjudged that plaintiff Orlando Garcia shall have JUDGMENT in his favor

5    and against defendant Milky Way Factory Inc. in the total amount of

6    $4,914.20, which amount includes attorney's fees and costs.

7    Additionally, defendant Milky Way Factory Inc. is ordered to provide

8    wheelchair accessible dining surfaces and wheelchair accessible restroom at

9    the Milkcow Café located at 1517 E. Colorado Blvd., Pasadena, California, in

10   compliance with the Americans with Disabilities Act Accessibility

11   Guidelines.

12

13

14   Dated: February 23, 2021                    / s / Sagar
                                        HONORABLE ALKA SAGAR
15                                      UNITED STATES MAGISTRATE JUDGE

16

17   *Presented by*:

18   Russell Handy, Esq.

19   858-375-7385
     russ@potterhandy.com
20   Attorney for Plaintiff

21

22

23

24

25

26

27

28